UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-20968 |
| KENNETH A. HIGH, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO MODIFY CHAPTER 13 PLAN TO DEFER THE PLAN PAYMENT DEFAULT**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been give to the parteis entitled thereto:

It is hereby ordered that:

1) The Debtor's Chapter 13 plan default is deferred to the end of the plan.

Enter:

Dated: 26 JUN 2018

United States Bankruptcy Judge

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com

Rev: 20170105_bko