UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-20968
KENNETH A. HIGH,  )
  )
  )  Chapter: 13
  )
  )  Honorable A. Benjamin Goldgar
  )
Debtor(s)  )

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor's Motion to Modify Plan is Granted.

2) The Debtor's plan is modified to change the tax refund policy to the current version which is as follows: Debtor(s) shall submit a copy of their tax return to the Trustee each year by April 20. The debtors shall tender to the Trustee the amount of any tax refund in excess of $1,200.00 each year within 7 days of receipt of the tax refund. Refunds must be received by the Trustee by April 20 of each year.

Enter:

Dated: 24 JUL 2018

United States Bankruptcy Judge

**Prepared by:**
Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20151029_bko